SSS:ABK
F.# 2016R02026/OCDETF# NY-NYE-736

FILED
CLERK

2017 APR 28  PM 3: 22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES OF AMERICA

    - against -

JESUS ESPINAL,
    also known as "Gordo" and
    "Kendall,"
YOO KIM,
    also known as "Yogi," and
BRIAN T. WHITE,
    also known as "Felipe Segundo,"

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 

CR 17 -   0231

(T. 21, U.S.C., §§ 841(b)(1)(A)(viii),
841(b)(1)(C), 846, 853(a) and 853(p); T.
18, U.S.C., §§ 3551 et seq.)

MAUSKOPF, J.

MANN. M.J.

THE GRAND JURY CHARGES:

<u>METHAMPHETAMINE DISTRIBUTION CONSPIRACY</u>

    1.    In or about and between June 2016 and February 2017, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendants JESUS ESPINAL, also known as "Gordo" and "Kendall," YOO KIM, also

known as "Yogi," and BRIAN T. WHITE, also known as "Felipe Segundo," together with

others, did knowingly and intentionally conspire to distribute and possess with intent to

distribute a controlled substance, which offense involved methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance, contrary to Title 21,

United States Code, Section 841(a)(1).

2.     With respect to the defendant JESUS ESPINAL, also known as "Gordo" and "Kendall," the amount of methamphetamine, its salts, isomers, and salts of its isomers involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

3.     The United States hereby gives notice to the defendants that, upon their conviction of the above-charged offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

FOREPERSON

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

3

F. # 2016R02026

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*JESUS ESPINAL, YOO KIM and BRIAN T. WHITE,*

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 841(b)(1)(A)(viii), 841(b)(1)(C), 846, 853(a) and
853(p); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Ameet B. Kabrawala, Assistant U.S. Attorney (718) 254-6001*