

U.S. Department of Justice

United States Attorney
Eastern District of New York

ABK
F. #2016R02026

271 Cadman Plaza East
Brooklyn, New York 11201

June 16, 2017

By Hand and ECF

The Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jesus Espinal et al.
               Criminal Docket No. 17-231 (RRM)

Dear Judge Mauskopf:

      The government respectfully requests that the Court "so order" the enclosed proposed stipulation concerning discovery materials that contain information related to an ongoing criminal investigation and reveal sensitive (but unclassified) law enforcement techniques, including information contained in applications and orders for wire and electronic surveillance, and evidence obtained pursuant to such applications and orders. The government submits that the proposed stipulation will enable expedited production of those discovery materials, while preserving the integrity of the ongoing investigation. The proposed stipulation and order, which has been signed by all parties, is respectfully enclosed for the Court's consideration.

                                              Respectfully submitted,

                                              BRIDGET M. ROHDE
                                              Acting United States Attorney

                           By:           /s/
                                              Ameet B. Kabrawala
                                              Assistant U.S. Attorney
                                              (718) 254-6001

cc:    All Counsel of Record (By Email)