# STEVEN L. BROUNSTEIN PLLC
*Attorney at Law*

32 Court Street
Brooklyn, New York 11201
Suite 408

---

(718) 875-5700
FAX (718) 625-6637
sbattylaw@gmail.com

Hon. Roslynn Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                          Re:    <u>United States v. Brian White</u>
                                   17 Cr. 231(RRM)

Dear Judge Mauskopf**;**

     I represent Mr. White. He is currently on a $250,000 bond secured by three (3) sureties and a home owned by his in-laws. A condition of his release is that he is subject to home detention monitored by location monitoring allowing him to leave his home for employment, medical treatment, and dropping off and picking up his son at day care. I am requesting that he be permitted to attend a family function along with his wife, mother and son on July 4th at the New York Athletic Club located in Westchester County. Mr. White would leave his home at 8:30 AM on that date and return at 7:00 PM and provide Pre-Trial Services with his location and travel information. Prior to writing this letter to the Court I sought the position of both the Government and Pre-Trial Services. The Government has no objection and Pre-Trial Services does object because "(t)he activity is not at all in line with the goals of the Location Monitoring Program".

     I thank the Court for considering this application.

                                                  Respectfully submitted;

                                                  /s/

                                           **STEVEN L. BROUNSTEIN**